IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IVANA BIANCA ORTEGA,           )
                                )
        Plaintiff,               )
                                )
v.                              )     Civil Action No. 1:17-cv-00579 (LO-JFA)
                                )
LEXISNEXIS RISK SOLUTIONS, INC.,)
                                )
        Defendants.              )

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, IVANA ORTEGA, and the Defendant, LEXIS NEXIS RISK SOLUTIONS, INC., by counsel, and hereby move the Court to dismiss with prejudice all claims against Defendant LEXIS NEXIS RISK SOLUTIONS, INC in the above-styled action.

UPON CONSIDERATION of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint is DISMISSED with prejudice.

THIS CAUSE IS ENDED.

Entered this 19th day of JANUARY, 2018

/s/ 
Liam O'Grady
United States District Judge

WE ASK FOR THIS:

*(signature)*
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey Nash, VSB#84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Rd, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7572
Facsimile: 703-591-0167
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com
casey@kellyandcrandall.com
*Attorneys for Plaintiff*


*(signature)*
Julie D. Hoffmeister, VSB# 87634
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218
Telephone: 804-697-1448
Facsimile: 804-697-1339
Julie.hoffmeister@troutmansanders.com
*Counsel for LexisNexis Risk Solutions, Inc.*